428 A.2d 258

Commonwealth v. Vernille, Appellant.

Argued April 12, 1979.
Joseph P. Sebestyen Jr., for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.